**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
Telephone: (702)384-5563
**Attorney for Defendant,** *GREGORY KIRBY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CR-202-RFB-EJY |
| | ) | |
| GREGORY KIRBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO CONTINUE THE HEARING FOR WAIVER OF INDICTMENT, FILING OF INFORMATION, INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA SCHEDULED FOR FEBRUARY 7, 2024**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Jessica Oliva, Esq., and Defendant, **GREGORY KIRBY**, by and through his attorney Richard A. Schonfeld, Esq., that the Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea currently scheduled for February 7, 2024, at the hour of 11:00 a.m. be continued for a period of thirty days

This Stipulation is entered into for the following reasons:

1. Mr. Kirby needs additional time to consult with defense counsel regarding an issue related to forfeiture.

2. The Government and Defendant consent to the continuance being sought herein.

3. Additionally, denial of this request for continuance would result in a miscarriage of

justice.

For the foregoing reasons, the parties request a continuance of the Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea for a period of thirty days.

**DATED** this 31st day of January, 2024.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ Jessica Oliva* | */s/ Richard A. Schonfeld* |
| **JESSICA OLIVA, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Gregory Kirby |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

. . . .

# FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. Mr. Kirby needs additional time to consult with defense counsel regarding an issue related to forfeiture.

2. The Government and Defendant consent to the continuance being sought herein.

3. Additionally, denial of this request for continuance would result in a miscarriage of justice.

**IT IS THEREFORE ORDERED** that the Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea currently scheduled for February 7, 2024 at the hour of 11:00 a.m. be continued to the 18th day of March, 2024 at 11 a.m.

**IT IS SO ORDERED.**

**DATED** this 2nd day of February, 2024.

_____
**ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**