**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
Telephone: (702)384-5563
Attorney for Defendant, *GREGORY KIRBY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:23-CR-202-RFB-EJY |
| ) | |
| GREGORY KIRBY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION TO CONTINUE THE HEARING FOR WAIVER OF INDICTMENT, FILING OF INFORMATION, INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA SCHEDULED FOR MARCH 18, 2024**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Jessica Oliva, Esq., and Defendant, **GREGORY KIRBY**, by and through his attorney Richard A. Schonfeld, Esq., that the Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea currently scheduled for March 18, 2024, at the hour of 11:00 a.m. be continued to April 1, 2024, at 1:00pm to be heard by Magistrate Judge Youchah.

This Stipulation is entered into for the following reasons:

1. Defendant's counsel is gathering additional information in an effort to resolve a forfeiture issue and needs this additional time to try to secure said records;

2. The Government and Defendant consent to the continuance being sought herein.

3. Additionally, denial of this request for continuance would result in a miscarriage of justice.

For the foregoing reasons, the parties request a continuance of the Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea until April 1, 2024, at 1:00pm.

**DATED** this 15th day of March, 2024.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ Jessica Oliva* | */s/ Richard A. Schonfeld* |
| **JESSICA OLIVA, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Gregory Kirby |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

. . . .

# FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. Defendant's counsel is gathering additional information in an effort to resolve a forfeiture issue and needs this additional time to try to secure said records;

2. The Government and Defendant consent to the continuance being sought herein.

3. Additionally, denial of this request for continuance would result in a miscarriage of justice.

**IT IS THEREFORE ORDERED** that the Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea currently scheduled for March 17, 2024 at the hour of 11:00 a.m. be continued to the 1st day of April, 2024 at 1:00pm to be heard before Magistrate Judge Elayna J. Youchah in LV Courtroom 3D.

**IT IS SO ORDERED.**

**DATED** this 15th day of March, 2024.

                                                                        **ELAYNA J. YOUCHAH**
                                                                        **UNITED STATES MAGISTRATE JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel. [702] 384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, Gregory Kirby