# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-202-RFB-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| GREGORY KIRBY, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); and 21 U.S.C. § 853(p) based upon the plea of guilty by Gregory Kirby to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Gregory Kirby pled guilty. Criminal Information, ECF No. 14; Plea Agreement, ECF No. 15; Arraignment & Plea, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 21.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $29,819.36 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 3, 2024, through May 2, 2024, and May 17, 2024, through June 15, 2024, notifying all potential third parties of their right to petition the Court. Notices of Filing Proof of Publication Exhibits, ECF No. 23-1, p. 5; ECF No. 42-1, p. 5.

This Court finds Gregory Kirby agreed to the substitution and forfeiture of $29,819.36 as set forth in the Plea Agreement under Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p), and that the substitute property will be applied toward payment of the money judgment. Plea Agreement, ECF No. 15; Preliminary Order of Forfeiture, ECF No. 21.

This Court finds the United States published the notice of the substitute forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 6, 2024, through October 5, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 67-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing (NOFSOP-Mail), ECF No. 46; Notice of Filing Service of Process – Personal Service (NOFSOP-Personal), ECF No. 54.

On May 10, 2024, the United States Attorney's Office (USAO) served Aaron D. Ford, Nevada Attorney General, Office of the Attorney General, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 3, 15-24; 46-2, p. 2-3.

On May 10, 2024, the USAO served Andrew R. Hendrian or Henderian at zip code 62535-9678 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 3, 15-24; 46-2, p. 3-5.

On May 10, 2024, the USAO served Andrew Hendrian or Henderian at zip code 62535-0333 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 3, 15-24; 46-2, p. 5-6.

On May 10, 2024, the USAO served Big Bend Water District, c/o Las Vegas Valley Water District, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 3, 15-24; 46-2, p. 7-8.

On May 10, 2024, the USAO attempted to serve Billy Kirby at zip code 89031 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was returned to sender. NOFSOP-Mail, ECF No. 46-1, p. 3, 15-24; 46-2, p. 8-10.

On May 10, 2024, the USAO served Billy Kirby at zip code 85143-5334 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 3, 15-24; 46-2, p. 11-12.

On May 10, 2024, the USAO attempted to serve Billy Kirby at zip code 97217-7243 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The regular mail was returned as not deliverable as addressed, the certified mail was returned unclaimed. NOFSOP-Mail, ECF No. 46-1, p. 3-4, 15-24; 46-2, p. 12-14.

On May 10, 2024, the USAO attempted to serve Billy Kirby at zip code 89129-3658 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed. The regular mail was returned attempted, not known. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 15-17.

On May 10, 2024, the USAO served Brian Kunzi, Nye County District Attorney, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 17-18.

On May 10, 2024, the USAO served Brianna Johnson, Clark County Assessor, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 19-20.

On May 10, 2024, the USAO served and attempted to serve Canyon Terrace Homeowners Association, c/o Angelina Biondi-Brookins, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was

returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 20-22.

On May 10, 2024, the USAO served Canyon Terrace Homeowners Association, c/o CDM Management, Registered Agent, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 22-23.

On May 10, 2024, the USAO served and attempted to serve Canyon Terrace Homeowners Association, c/o President Michael Farnsworth, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 24-25.

On May 10, 2024, the USAO served and attempted to serve Canyon Terrace Homeowners Association, c/o Secretary Joy Lee, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 4, 15-24; 46-2, p. 26-27.

On May 10, 2024, the USAO served and attempted to serve Canyon Terrace Homeowners Association, c/o Treasurer Darlene Charles, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 28-29.

On May 10, 2024, the USAO served and attempted to serve Calisa Pittman at zip code 30324-3949 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. According to USPS, the certified mail is being returned as unclaimed. Neither mailing was returned as of November 27, 2024. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 30-31; Supplement NOFSOP, ECF No. 72, p. 1; 72-1, p. 3.

/ / /

/ / /

4

On May 10, 2024, the USAO served Calisa Pittman at zip code 31204-4206 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 32-33.

On May 10, 2024, the USAO served and attempted to serve Calisa Pittman at zip code 89029-0700 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 33-35.

On May 10, 2024, the USAO served Catherine Ellingsen, Chief Legal Officer, Republic Silver State Disposal Inc., by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 35-36.

On May 10, 2024, the USAO served Church of New Hope and Faith Inc by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 37-38.

On May 10, 2024, the USAO served Cori Freidhof, Nye County Clerk, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 38-39.

On May 10, 2024, the USAO attempted to serve Current Resident for 781 Leslie St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as no mailing receptacle. NOFSOP-Mail, ECF No. 46-1, p. 5, 15-24; 46-2, p. 40-42.

On May 10, 2024, the USAO served Current Resident of 1412 West Grove Rd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-2, p. 42-43.

On May 10, 2024, the USAO served Current Resident of 1414 West Grove Rd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-2, p. 44-45.

/ / /

On May 10, 2024, the USAO served and attempted to serve Current Resident of 2284 Mesa Canyon Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-2, p. 45-47.

On May 10, 2024, the United States Attorney's Office served and attempted to serve Current Resident of 6800 E. Lake Mead Blvd. #2076 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-2, p. 47-49; Supplement NOFSOP, ECF No. 72, p. 1-2; 72-1, p. 4.

On May 10, 2024, the USAO served Dan Stewart, Vice Chair, Southern Nevada Water Authority, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-3, p. 2-3.

On May 10, 2024, the USAO served Debbie Conway, Clark County Recorder, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-3, p. 3-4.

On May 10, 2024, the USAO served Deborah Beatty, Nye County Recorder, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-3, p. 5-6.

On May 10, 2024, the USAO served Desert Utilities Inc. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 6, 15-24; 46-3, p. 6-8.

On May 10, 2024, the USAO served Great Basin Water Company by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 8-9.

On May 10, 2024, the USAO served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water Authority, by regular and certified return

/ / /

receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 10-11.

On May 10, 2024, the USAO served and attempted to serve HOA Collections LLC, c/o Ligia E. Randolph, Registered Agent, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 11-13.

On May 10, 2024, the USAO served J. Ken Diaz, Clark County Treasurer, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 13-14.

On May 10, 2024, the USAO served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 15-16.

On May 10, 2024, the USAO served Jeff Dorocak, City Attorney, City of Las Vegas, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 16-17.

On May 10, 2024, the USAO served and attempted to serve Jeffrey McClendon at zip code 30060-2845 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unable to forward. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 7, 15-24; 46-3, p. 18-19; Supplement NOFSOP, ECF No. 72, p. 2; 72-1, p. 5.

On May 10, 2024, the USAO served and attempted to serve Jeffrey McClendon at zip code 89156-1139 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 7-8, 15-24; 46-3, p. 20-21; Supplement NOFSOP, ECF No. 72, p. 2; 72-1, p. 6.

On May 10, 2024, the USAO served Jeffrey McClendon at zip code 30228-1577 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 22-23.

On May 10, 2024, the USAO served and attempted to serve Jeffrey McClendon at zip code 77489 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned unclaimed. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 24-25.

On May 10, 2024, the USAO served Jennifer Kubiak, Financial Trustee Officer, HOA Collections, LLC, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 26-27.

On May 10, 2024, the USAO served Joey Paskey, Public Works Director of City of Las Vegas, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 27-29.

On May 10, 2024, the USAO served John D. Jackson, Macon County Treasurer, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 29-30.

On May 10, 2024, the USAO served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 31-32.

On May 10, 2024, the USAO served Josh Porter, Division of Health Care Financing and Policy, Nevada Dept of Health and Human Services, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 8, 15-24; 46-3, p. 32-33.

On May 10, 2024, the USAO served Josh Tanner, Macon County Clerk, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 34-35.

/ / /

On May 10, 2024, the USAO served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 35-36.

On May 10, 2024, the USAO served Kevin Schiller, Clark County Commission Manager, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 37-38.

On May 10, 2024, the USAO served Kim Althoff, City Clerk, City of Decatur, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 38-39.

On May 10, 2024, the USAO served Kimberly Fowler, Chief County Assessment Officer, Macon County, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 40-41.

On May 10, 2024, the USAO served LuAnn Holmes, City Clerk, City of Las Vegas and on behalf of City of Las Vegas Sewer, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 41-42.

On May 10, 2024, the USAO served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation Dist.; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-3, p. 43-44.

On May 10, 2024, the USAO served Macon County Environmental Management by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 9, 15-24; 46-4, p. 2-3.

On May 10, 2024, the USAO served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, by regular and certified

return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 3-4.

On May 10, 2024, the USAO served Mary Eaton, Macon County Recorder, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 5-6.

On May 10, 2024, the USAO served Matt Newell, Director of Public Works, City of Decatur, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 7-8.

On May 10, 2024, the USAO served Mountainside Community HOA, HOA Collections, LLC, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 8-9.

On May 10, 2024, the USAO served Mountainside Unit Owners Association, c/o Director Jim Terry, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 10-11.

On May 10, 2024, the USAO served Mountainside Unit Owner's Association, c/o First Columbia Community Managers Inc., Registered Agent, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 11-12.

On May 10, 2024, the USAO served Mountainside Unit Owners Association, c/o President David Zeider, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 13-14.

On May 10, 2024, the USAO served Mountainside Unit Owners Association, c/o Secretary Vernessa Gates, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 10, 15-24; 46-4, p. 15-16.

On May 10, 2024, the USAO served Mountainside Unit Owners Association, c/o Treasurer Dennis Guerpo Bright, by regular and certified return receipt mail with the Notice

/ / /

and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 16-17.

On May 10, 2024, the USAO served Olivia Diaz, Southern Nevada Water Authority, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 18-19.

On May 10, 2024, the USAO served Pahrump Utility Company by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 19-20.

On May 10, 2024, the USAO served Raelyn Powers, Nye County Treasurer, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 21-22.

On May 10, 2024, the USAO served Randy Miller, Water Services Manager, City of Decatur, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 22-23.

On May 10, 2024, the USAO served and attempted to serve Republic Silver State Disposal, Inc., DBA Republic Services, Attn: Management / Legal / Liens, at zip code 89104 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail is pending delivery reschedule as of May 18, 2024. The regular mail was not returned. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 24-25.

On May 10, 2024, the USAO attempted to serve Republic Silver State Disposal, Inc., DBA Republic Service, Attn: Management / Legal / Liens, at zip code 89193 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailing returned as not deliverable as addressed. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 26-28.

On May 10, 2024, the USAO served Republic Silver State Disposal, Inc., c/o CT Corporation System, Registered Agent, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 11, 15-24; 46-4, p. 28-29.

On May 10, 2024, the USAO served Richard Whitley, Director, Nevada Dept. of Health and Human Services, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 30-31.

On May 10, 2024, the USAO served Ruby James, Finance Director/Treasurer, City of Decatur, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 31-32.

On May 10, 2024, the USAO served Scott Black, Southern Nevada Water Authority, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 33-34.

On May 10, 2024, the USAO served Scott Rueter, States Attorney, City of Decatur, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 34-35.

On May 10, 2024, the USAO served Shree Stringer, Nye County Assessor, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 36-37.

On May 10, 2024, the USAO served Silver State Trustee Services LLC, c/o Walsh & Friedman, Ltd., Registered Agent, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 37-38.

On May 10, 2024, the USAO served Silver State Trustee Services LLC, o/b/o Canyon Terrace Homeowners Association, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 39-40.

On May 10, 2024, the USAO served Stacie Weeks, Administrator, Division of Health Care Financing and Policy, Nevada Dept of Health and Human Services, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 40-41.

On May 10, 2024, the USAO served Steve Walton, Southern Nevada Water Authority, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 12, 15-24; 46-4, p. 42-43.

On May 10, 2024, the USAO served Steven B. Wolfson, Clark County District Attorney, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 13, 15-24; 46-4, p. 43-44.

On May 10, 2024, the USAO served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 13, 15-24; 46-4, p. 45-46.

On May 10, 2024, the USAO served Wendy Morthland, City of Decatur Corporation Counsel, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 13, 15-24; 46-4, p. 46-48.

On May 10, 2024, the USAO served West Grove Road Church of God by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. NOFSOP-Mail, ECF No. 46-1, p. 13, 15-24; 46-4, p. 48-49.

On May 23, 2024, the Internal Revenue Service-CI (IRS-CI) personally served Church of New Hope and Faith Inc/ West Grove Road Church of God with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 3, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Church of New Hope and Faith Inc with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 4, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Current Resident of 1412 West Grove Rd. with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 5, 62-65, 71-77.

/ / /

/ / /

On May 23, 2024, the IRS-CI personally served Current Resident of 1414 West Grove Rd. with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 6, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served John D. Jackson, Macon County Treasurer, Macon County Office Building with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 7, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Josh Tanner, Macon County Clerk, Macon County Office Building, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 8, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Kim Althoff, City Clerk, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 9, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Kimberly Fowler, Chief County Assessment Officer, Macon County Office Building, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 10, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Macon County Environmental Management with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 11, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Mary Eston, Macon County Recorder, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 12, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Matt Newell, Director of Public Works, City of Decatur, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 13, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Randy Miller, Water Services Manager, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 14, 62-65, 71-77.

/ / /

On May 23, 2024, the IRS-CI personally served Ruby James, Finance Director/Treasurer, City of Decatur, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 15, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Scott Rueter, States Attorney, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 16, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Wendy Morthland, City of Decatur Corporation Counsel, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 17, 62-65, 71-77.

On May 23, 2024, the IRS-CI personally served Big Bend Water District, c/o Las Vegas Valley Water District with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 19, 67-77.

On May 23, 2024, the IRS-CI personally served Dan Stewart, Vice Chair, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 20, 67-77.

On May 23, 2024, the IRS-CI personally served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 21, 67-77.

On May 23, 2024, the IRS-CI personally served Jeff Dorocak, City Attorney, City of Las Vegas, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 22, 67-77.

On May 23, 2024, the IRS-CI personally served Jennifer Kubiak, Financial Trustee Officer, HOA Collections, LLC, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 23, 67-77.

On May 23, 2024, the IRS-CI personally served Joey Paskey, Public Works Director of City of Las Vegas, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 24, 67-77.

On May 23, 2024, the IRS-CI personally served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 25, 67-77.

On May 23, 2024, the IRS-CI personally served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 26, 67-77.

On May 23, 2024, the IRS-CI personally served LuAnn Holmes, City Clerk of City of Las Vegas and on Behalf of City of Las Vegas Sewer, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 27, 67-77.

On May 23, 2024, the IRS-CI personally served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 28, 67-77.

On May 23, 2024, the IRS-CI personally served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District and Chair of Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 29, 67-77.

On May 23, 2024, the IRS-CI personally served Mountainside Unit Owners Association, c/o Director Jim Terry, c/o Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 30, 67-77.

On May 23, 2024, the IRS-CI personally served Mountainside Unit Owners Association, c/o First Columbia Community Managers Inc., Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 31, 67-77.

/ / /

On May 23, 2024, the IRS-CI personally served Mountainside Unit Owners Association, c/o President David Zeider, c/o Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 32, 67-77.

On May 23, 2024, the IRS-CI personally served Mountainside Unit Owners Association, c/o Secretary Vernessa Gates, c/o Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 33, 67-77.

On May 23, 2024, the IRS-CI personally served Mountainside Unit Owners Association, c/o Treasurer Dennis Guerpo Bright, c/o Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 34, 67-77.

On May 23, 2024, the IRS-CI personally served Republic Silver State Disposal, Inc., DBA Republic Services, Attn: Management/Legal/Liens with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 35, 67-77.

On May 23, 2024, the IRS-CI personally served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 36, 67-77.

On May 24, 2024, the IRS-CI personally served Pahrump Utility Company with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 37, 67-77.

On May 28, 2024, the IRS-CI personally served Brian Kunzi, District Attorney, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 38, 67-77.

On May 28, 2024, the IRS-CI personally served Cori Freidhof, Nye County Clerk, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 39, 67-77.

On May 28, 2024, the IRS-CI personally served Current Resident of 781 Leslie Street with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 40, 67-77.

On May 28, 2024, the IRS-CI personally served Deborah Beatty, Nye County Recorder, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 41, 67-77.

On May 28, 2024, the IRS-CI personally served Desert Utilities Inc. with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 42, 67-77.

On May 28, 2024, the IRS-CI personally served Sheree Stringer, Nye County Assessor, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 43, 67-77.

On May 28, 2024, the IRS-CI personally served Raelyn Powers, Nye County Treasurer, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 44, 67-77.

On May 30, 2024, the IRS-CI personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 45, 67-77.

On May 30, 2024, the IRS-CI personally served Olivia Diaz, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 46, 67-77.

On May 30, 2024, the IRS-CI personally served Scot Black, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 47, 67-77.

On May 30, 2024, the IRS-CI personally served Steve Walton, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 48, 67-77.

On June 7, 2024, the IRS-CI personally served Canyon Terrace Homeowners Association, c/o CDM Management, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 49, 67-77.

On June 7, 2024, the IRS-CI personally served Current Resident of 2284 Mesa Canyon Drive with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 50, 67-77.

On June 12, 2024, the IRS-CI personally served Current Resident of 6800 E. Lake Mead Blvd. with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 51, 67-77.

On June 13, 2024, the IRS-CI personally served Canyon Terrace Homeowners Association, c/o Angelina Biondi-Brookins with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 52, 67-77.

On June 13, 2024, the IRS-CI personally served Canyon Terrace Homeowners Association, c/o President Michael Farnsworth, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 53, 67-77.

On June 13, 2024, the IRS-CI personally served Canyon Terrace Homeowners Association, c/o Secretary Joy Lee, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 54, 67-77.

On June 13, 2024, the IRS-CI personally served Canyon Terrace Homeowners Association, c/o Treasurer Darlene Charles with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 55, 67-77.

On June 18, 2024, the IRS-CI personally served Mountainside Community HOA, HOA Collections, LLC, with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 56, 67-77.

The IRS-CI attempted to personally serve Billy Kirby with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 57, 67-77.

/ / /

/ / /

The IRS-CI attempted to personally serve Calisa Pittman with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 58, 67-77.

The IRS-CI attempted to personally serve Great Basin Water Company with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 59, 67-77.

The IRS-CI attempted to personally serve Jeffrey McClendon with copies of the Preliminary Order of Forfeiture and the Notice. NOFSOP-Personal, ECF No. 54-1, p. 60, 67-77.

On May 29, 2024, Clark County and Clark County Treasurer's Office filed a Petition for Ancillary Hearing, ECF No. 28. On August 9, 2024, the United States filed a proposed Stipulation for Entry of Forfeiture as to Clark County and Order, ECF No. 62. On September 3, 2024, the Court granted the Stipulation in a minute order, ECF No. 64.

On June 3, 2024, the United States filed a proposed Stipulation for Entry of Forfeiture as to Nye County and Order, ECF No. 33. On June 4, 2024, the Court granted the Stipulation, ECF No. 34.

On June 12, 2024, Republic Silver State Disposal, Inc., dba Republic Services, filed a Disclaimer of Interest, ECF No. 41.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $5,791.13;

2. $371,520.89;

3. $5,548.94;

20

4. $1,369.59;

5. $2,077.56;

6. 6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156, more

particularly described as:

PARCEL I:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL
INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS
SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
THE MOUNTAINSIDE COMMUNITY SUBDIVISION
DECLARATION.

PARCEL II:

UNIT 2076 IN BUILDING 10, AS SHOWN ON THE FINAL MAP OF
AMENDED PLAT OF MOUNTAINSIDE COMMUNITY
SUBDIVISION, FILED IN BOOK 50 OF PLATS, PAGE 29, IN THE
OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK
COUNTY, NEVADA, AND AS DEFINED AND SET FORTH IN AND
SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS,
CONDITIONS AND RESTRICTIONS FOR AMENDED PLAT OF
MOUNTAINSIDE COMMUNITY SUBDIVISION, RECORDED
SEPTEMBER 24, 1993 AS INSTRUMENT NO. 01167 IN BOOK 930924,
OFFICIAL RECORDS, CLARK COUNTY, NEVADA
("MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION").

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE
LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE
UNIT, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED
PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION
DECLARATION.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF
REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND
OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS
SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
THE MOUNTAINSIDE COMMUNITY SUBDIVISION AND ALL
IMPROVEMENTS AND APPURTENANCES THEREON. APN: 140-23-
217-156.

7. 2284 Mesa Canyon Dr, Laughlin, Nevada 89029, more particularly

described as:

LOT 9 IN BLOCK 1 OF TERRACE V UNIT 1, AS SHOWN BY MAP
THEREOF ON FILE IN BOOK 41 OF PLATS, PAGE 73, IN THE
OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,

NEVADA AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 264-21-311-009.

8. 781 N. Leslie St., Pahrump, Nevada 89060, more particularly described as:

THE NORTHWEST QUARTER (NW 1/4) OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE 53 EAST, M.D.B. &M. EXCEPTING THEREFROM THAT CERTAIN PARCEL OF LAND CONVEYED BY DOCUMENT RECORDED MAY 22, 1974 IN BOOK 173 OF OFFICIAL RECORDS, PAGE 36 AS FILE NO. 42259 NYE COUNTY, NEVADA RECORDS. ALSO DESCRIBED AS: T20S R53E S8-S S NW NW P#9732 10AC AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 036-041-06.

9. 1412 West Grove Rd, Decatur, Illinois 62521, more particularly described as:

LOT THREE (3) OF NEW VISION SUBDIVISION, AS PER PLAT RECORDED IN BOOK 5000, PAGE 40 IN THE RECORDS OF THE RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 17-12-28-451-016.

10. 1414 West Grove Rd, Decatur, Illinois 62521, more particularly described as:

LOT ONE (1) OF CHURCH OF GOD ADDITION, AS PER PLAT RECORDED IN BOOK 5000, PAGE 125 IN THE RECORDS IN THE RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 17-12-28-451-017

(all of which constitutes property); and

that the United States recover from Gregory Kirby the in personam criminal forfeiture money judgment of $29,819.36, not to be held jointly and severally liable with any codefendants, the collected money judgment amount between the codefendants is not to exceed $29,819.36 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes and Ninth Circuit cases, and that the property above will not be applied toward the payment of the money judgment; and

that the $29,819.36 is substituted and forfeited to the United States and will be applied toward payment of the money judgment (substitute property); and

that the forfeiture of the money judgment, the property, and the substitute property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property are extinguished and are not recognized for Gregory Kirby, all third parties, and the following individuals and entities:

1. Carol Kirby, Jeffrey McClendon, Calisa Pittman, Church of New Hope and Faith Inc., West Grove Road Church of God, Andrew R. Hendrian or Henderian, and Billy Kirby;

2. Mountainside Unit Owners Association, including its officers and agents;

3. Canyon Terrace Homeowners Association, including its officers and agents;

4. City of Las Vegas, including City Attorney, City Clerk, and City of Las Vegas Sewer, and Public Works Director;

5. City of Henderson, including City of Henderson Mayor, City of Henderson Utility Services, City of Henderson Clerk, and City of Henderson Attorney;

6. Southern Nevada Water Authority, Las Vegas Valley Water District, Clark County Water Reclamation, Great Basin Water Company, and Desert Utilities, Pahrump Utility Company;

7. Republic Silver State Disposal, Inc., dba Republic Services;

8. Nevada Office of the Attorney General and Nevada Department of Health and Human Services;

9. City of Decatur, including City of Decatur Corporation Counsel, City Clerk, Finance Director/Treasurer, Water Services Manager, and Director of Public Works;

/ / /

10. Macon County, including Macon County Clerk, Chief County Assessment Officer, Macon County Recorder, Macon County Treasurer, and Macon County Environmental Management; and

11. Illinois State Attorney.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States may market the real property notwithstanding any third party's name on the title and the title company shall provide clear title on behalf of the United States for the sale of the forfeited property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law and the Stipulations.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED ___January 24, 2025___,

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE