SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6268
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>     v.<br><br>GREGORY KIRBY,<br><br>       Defendant. | Case No. 2:23-CR-202-RFB-EJY<br><br>**STIPULATION FOR PAYMENT TOWARD RESTITUTION** |

The parties hereby stipulate Greg Kirby will apply his $2,168.34-the Internal Revenue Service-Criminal Investigation (IRS-CI) has-to his restitution in this case. This stipulation is based on the following:

1.     On April 1, 2024, the United States Attorney Office charged Gregory Kirby with One-Count Information for violations of 18 U.S.C. §§ 371 and 1347. ECF No. 14.

2.     On April 1, 2024, Kirby pled guilty to Count One of a One-Count Criminal Information charging him with conspiracy to commit an offense against the United States, Health Care Fraud, in violation of 18 U.S.C. §§ 371 and 1347. Information, ECF No. 14; Plea Agreement (PA), ECF No. 15; and Arraignment & Plea, ECF No. 20. In exchange for the benefits received under the Plea Agreement, Kirby agreed "to pay full restitution to the victim of the offense to which defendant is pleading guilty." PA, ECF No. 15, p. 5, ¶ 5.

3.     On January 17, 2025, Judge Boulware sentenced Kirby, ordering him to pay restitution of $372,502.68 and forfeiture. Judgment In A Criminal Case with attached Final Order of Forfeiture, ECF NO. 84.

4. The parties hereby stipulate Kirby authorizes IRS-CI to deposit the $2,168.34 with the Clerk of Court to pay restitution.

5. The parties request the Clerk of Court will withdraw and apply the deposited funds to the restitution imposed against Kirby in his sentence.

6. IRS-CI will make the payment by cash, cashier's check, or money order made payable to the order of "Clerk, U.S. District Court" with "Gregory Kirby / 2:23-CR-202-RFB-EJY" noted on each payment mailed or delivered to:

>   Clerk of the Court, District of Nevada
>   333 Las Vegas Boulevard, South, Room 1334,
>   Las Vegas, Nevada 89101

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept the payment of, and to apply, the $2,168.34 toward restitution, imposed in this matter as provided by law and according to the Clerk's standard operating procedures.

| | |
|---|---|
| SUE FAHAMI<br>Acting United States Attorney<br>United States Attorney | CHESNOFF & SCHONFELD |
| */s/ Daniel D. Hollingsworth*<br>DANIEL D. Hollingsworth<br>Assistant United States Attorney | */s/ Richard A. Schonfeld*<br>RICHARD A. SCHONFELD<br>Attorney for Defendant<br>GREGORY KIRBY |
| Dated: February 7, 2025 | Dated: February 7, 2025 |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: 2/10/2025